IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT J. ALLEN )
Plaintiff )
V. ) CIVIL ACTION
ORINDA EVANS, DISTRICT JUDGE )
ROBERT E. BRIZENDINE, )
BANKRUPTCY JUDGE )
RICHARD D. ELLENBERG
REPORTED TRUSTEE
ELLENBERG; OGIER & ROTHSCHILD
P.C.
Defendant

1:10-CV-1492

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 12 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## COMPLAINT

NOW COME, Robert J. Allen, Plaintiff in the above styled case and filed this complaint and show this court the following.

1

Defendant resides within the Northern District Of Georgia and is subject to this court's jurisdiction.

2

Defendant operate business and is incorporated within The Northern Of Georgia and is subject to this court's jurisdiction.

3

Plaintiff resides within The Northern District Of Georgia and is subject to this court's Jurisdiction.

Plaintiff position, The plaintiff filed ten law suits February 26 2010, Some how they where hijack by Judge Evans.

Judge Evans claims the plaintiff had filing frivolous lawsuits. In Judge Evans's order stated that the case close February 27 2010 and She further stated, Each of the complaints is herby Dismissed with PREJUICE on ground of frivolity.

Judge Evans, Judge Brizendine and Reported trustee Ellenberg have been working this so called frivolity case for years. The only thing frivolity about this case is the statement by Judge Evans, Judge Brizendine and Reported trustee Ellenberg, to prevent them from answering the lawsuits.

Judge Evans, Judge Brizendine and Reported Trustee Richard Ellenberg make an insulting lies in this case. ( The Bankruptcy Judge and Bankruptcy trustee Having Reviewed the Instant Complaint, the court finds that present a different vehicle for doing the same thing .) After about a month into the Allen bankruptcy case. The plaintiff found the reported trustee Richard D. Ellenberg squiring away moneys and properties of the plaintiff estate. Plaintiff investigated Ellenberg and found he did not have a required bond.The scheme was setup by an attorney the plaintiff first hired to handle hiss's bankruptcy case, Richard H. Thompson. Richard H. Thompson also was working for law firm which plaintiff had said to Thompson he didn't want nothing to do with, plaintiff had to take the law firm of Clark & Washington to court get to a $5.000.00 deposit back. When plaintiff first hire Thompson He was working for a the law firm of Thompson & Associate.

Reported Ellenberg have squrred Million of dollars. IN THIS BANKRUPTCY CASE. Of Robert J. Allen. All under the eye of Judge Evans and Judge Brizenedine.

Plaintiff have never seen so many liars and scheme nor have the plaintiff herd of so many scheme lies in his life time, These are not just scheme and lies, They are lies and scheme from the court, Judge Evans, Judge Brizendine and Reported Trustee Ellenberg lies to the court and lie to the Plaintiff. Putting their on license the line. all for embezzling moneys and Setup a scheme to take properties, moneys and lies.

1

Plaintiff allege, Judge Evans and Judge Brizendine knew Ellenberg bond was fraudulent.

2

Plaintiff allege, Judge Evans and Judge Brizendine knew Ellenberg didn't have any Authorization, in the plaintiff bankruptcy case.

3

Plaintiff allege, Ellenberg knew his bond was fake from day one, fraud on the court and fraud the plaintiff.

4

Plaintiff allege, Judge Evans and Judge Brizendine knew Ellenberg was looting plaintiff estate, of millions.

5

Plaintiff allege, Judge Evans, Judge brizendine Reported Trustee Ellnebeerg knew at all time plaintiff wasn't making frivolity statement or frivolity pleading.

6

Plaintiff allege, Judge Evans used the word frivolity when she didn't want to admit that the plaintiff had caught the crook.

7

Plaintiff allege, Judge Evans answer the law suits, so the world can see who making the frivolity or fraudulent statements.

8

Plaintiff allege, Judge Brizendine answer the law suits, so the world can see Who making the frivolity or fraudulent statements.

9

Plaintiff allege, Reported trustee Ellenberg answer law suits, so the world can see who making the frivolity or fraudulent statement.

10

Plaintiff allege, Judge Evans, Judge Brizenedine and Reported Trustee Ellenberg, at all time, knew the case of Robert J. Allen was void, Because attorney Richard H. Thompson was working for Clark & Washington. Thompson represent himself as working for Thompson & Associate.

11

Plaintiff allege, Judge Evans, Judge Brizendine, Reported Trustee Ellengerg, from day one, knew this was setup, to embezzle money and properties from the plaintiff.

12

Plaintiff allege, Ellenberg paid off Richard H. Thompson first, for bring the case to Ellenberg.

13

Plaintiff allege, Ellenberg had Thompson go back to the court to got another fee to give to another person, yet unnamed.

14

Plaintiff allege, Judge Evans, Judge Rrizendine and Reported Trustee Ellenberg, Knew about the fraudulent bond, Trustee Gephardt sent to attorney Barnhill.

15

Plaintiff allege, At all times, Judge Evans, Judge Brizedine, and Ellenberg was running scheme, over paiding attorneys so he could be paid at the end, from the attorney.

16

Plaintiff allege, Judge Evans, Judge Brizendine and Reported Trustee Ellenberg knew Richard H. Thompson was setup the plaintiff to be duke and a scheme, they wanted in.

17

Plaintiff allege, Judge Evans, Judge, Brizendine knew that Ellenberg met Thompson before the hearing, to put a trustee in charge of the case, Allen bankruptcy case.

18

Plaintiff allege, At all times Judge Evans knew that Judge Brizendine and Reported Trustee Ellenberg was fraudster.

19

Plaintiff allege, Judge Evans was lying about the plaintiff in ever one of Her orders.

20

Plaintiff allege, In august 2003 plaintiff received an order form Judge Evans, The order was devastating, It was misstatement of the true, king size lie, The plaintiff suffered a stroke by going on top of plaintiff building to make a repair, coming down from the top of the building Plaintiff's neck gave out causing the stroke.

In March 2010 Judge Evans some how got the ten law suits, In Judge Evans response by having the defendant response by lying, including Judge Evans.( Plaintiff continuously filed large numbers of frivolity pleading in the bankruptcy case attacking the opposing litigants, the bankruptcy Judge and the bankruptcy trustee, having reviewed the instant complaints, court the finds that they represent a different vehicle for doing the same thing.)

Judge Evans knowingly allowed Reported Trustee Ellenberg, Judge Brizendine, Attorney Thompson, Attorney Pettigrew, Attorney Thomas Jr., and Trustee Guy Gephardt to Loot the Plaintiff's estate.

21

Plaintiff allege, Judge Evans was given prove that Ellenberg did have a proper bond.

22

Plaintiff allege, Judge Evans was given prove that Trustee Gephardt, had attorney Barnhill fax copy of a fraudulent bond to the Plaintiff.

23

Plaintiff allege, Judge Evans act if the plaintiff had just got off a ship from Africa, She deliver an in your face lie. Knowingly That reported trustee Ellenberg, and Judge Brizendine has taken money from plaintiff's estate and have looted plaintiff's estate.

24

Plaintiff allege, Ellenberg made statement that he get his's way with the Judges, Ellenberg bribes The Judges and The attorneys

25

Plaintiff allege, Judge Evans allowed defendant Judge Brizendine and Reported Trustee looted Plaintiff's estate, Even when the plaintiff brought her attention, the prove that he was taken money and properties, the end result of the plaintiff provided information, Plaintiff would be attacked, filing frivolity pleading in court.

26

Plaintiff allege, Judge Evans has a misunderstanding of what is frivolity pleading are.

As a result of the action taken by Judge Evans, Judge Brizendine and reported Trustee Richard D. Ellenberg , Reporting to the court that the plaintiff was filing frivolity pleading in the court and other ridiculer statement, in an effort trying not to answer the law suits.

The plaintiff have suffered damages, Plaintiff pray for the following.

(a) An amount of $ 40.000.000.00 forty million dollars in actual damages.

(b) Punitive damages in an amount $ 10. 000.000.00 ten million dollars

(c) Plaintiff pray that this court order the defendant to all court cost and any all attorneys fees that the plaintiff may incur.

(d) Plaintiff pray that this court order jury trial.

(e) Plaintiff pray that this court punish Judge Evans, Judge Brizendine and reported trustee Ellenberg and that no one else has to through this scandalous mess. BANKRUPTCY FRAUD, by reporting all ACTION OF THE ABOVE NAME PERSONS to THE STATE BAR GEORGIA, FRAUD,

EMEZZLEMENT, BANKRUPTCY FRAID, AND SCHEMING TO TAKE ADVANTAGE OF A DEBTOR. WHILE IN THE CARE OF COURT.

ROBERT J. ALLEN, PRO- SE

1417 BEECHER ST. SW
ATLANTA, GA. 30310
PHONE# 755-0985

CERIFCATE OF SERICE
THIS IS CERIFY THAT I HAVE THIS DAY SERVED A
COPY OF THE WITHIN AND FORGOING, BY DEPOSITING
THE SAME IN THE UNITED STATES MAIL, POSTAGE
REPAID AND ADDRESSD TO:

ORRINDA EVANS
UNITED STATES DISTRICT JUDGE
362 SPRING STREET SW
ATLANTA, GA. 30303

RICHARD D. ELLENBERG
170 MITCHELL STREET
ATLANTA, GA. 30303

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE
75 SPRING STREET SW
ATLANTA, GA. 30303