UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT J. ALLEN,<br>Plaintiff,<br><br>vs.<br><br>ORINDA EVANS, District Judge,<br>ROBERT E. BRIZENDINE,<br>Bankruptcy Judge,<br>RICHARD D. ELLENBERG,<br>Reported Teustee, and<br>ELLENBERG, OGIER & ROTHSCHILD, P.C.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1: 10-cv-1492-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 14th day of May, 2010.

                                    JAMES N. HATTEN
                                    CLERK OF COURT


                              By:   s/ A. Knight
                                    Ashley Knight, Deputy Clerk

Prepared and Entered
in the Clerk's Office
May 18, 2010
James N. Hatten
Clerk of Court

By: s/ A. Knight
        Deputy Clerk